SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
KIMBERLY FRAZIER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY FRAZIER,<br><br>  Plaintiff,<br><br>vs.<br><br>10588 PICO PROPERTIES, LLC; and DOES 1 to 10,<br><br>  Defendants. | Case No.: **2:23-cv-04798 MCS (AGRx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Kimberly Frazier ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: October 18, 2023             **SO. CAL EQUAL ACCESS GROUP**

                                             */s/ Jason J. Kim*
                                             JASON J. KIM
                                             Attorney for Plaintiff